Sarah C. Benedict, Respondent, v. Rudolph Busch and Others, Defendants, Impleaded with John Andrew Busch, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the ability of the soldier defendant to meet the obligations of the mortgage

is not materially affected by reason of his military service.* Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

---

* See Soldiers' and Sailors' Civil Relief Act (40 U. S. Stat. at Large, 444), § 302.— [REP.